**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: <br> MARCO A FERNANDEZ <br><br> Debtor(s) | Case No. 15-25031 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/23/2015.

2) The plan was confirmed on 09/22/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was converted on 03/27/2019.

6) Number of months from filing to last payment: 44.

7) Number of months case was pending: 44.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $24,784.00 |
| Less amount refunded to debtor | $532.01 |

**NET RECEIPTS:** $24,251.99

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,069.43 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,069.43

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ADT | Unsecured | 167.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN MEDICAL COLLECTION | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| AMERICAS FINANCIAL CHOICE | Unsecured | 996.00 | NA | NA | 0.00 | 0.00 |
| AMERICAS FINANCIAL CHOICE | Unsecured | 2,001.00 | 2,234.22 | 2,234.22 | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 450.00 | 1,142.15 | 1,142.15 | 0.00 | 0.00 |
| AMERICOLLECT INC | Unsecured | 674.00 | NA | NA | 0.00 | 0.00 |
| ASPEN/FIRST BANK & TRUST | Unsecured | 1,233.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 388.48 | 388.48 | 0.00 | 0.00 |
| BAXTER CREDIT UNION | Unsecured | 1,842.00 | 1,842.01 | 1,842.01 | 0.00 | 0.00 |
| BRYANT STATE BANK | Unsecured | 599.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 315.00 | 347.05 | 347.05 | 0.00 | 0.00 |
| CASH STORE LTD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY INVESTMENTS | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY INVESTMENTS | Unsecured | 850.00 | 850.29 | 850.29 | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 349.00 | 5,288.05 | 5,288.05 | 0.00 | 0.00 |
| COLLECTION COMPANY OF AMERIC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 287.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 1,025.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 2,000.00 | 1,753.59 | 1,753.59 | 0.00 | 0.00 |
| CPS SECURITY | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| DELMARVA CAPITAL SERVICES LLC | Unsecured | 773.00 | NA | NA | 0.00 | 0.00 |
| DEVON FINANCIAL SERVICE | Unsecured | 1,170.00 | NA | NA | 0.00 | 0.00 |
| DEVON FINANCIAL SERVICE | Unsecured | 1,170.00 | 1,169.81 | 1,169.81 | 0.00 | 0.00 |
| DEVRY INC | Unsecured | 5,239.00 | 358.95 | 358.95 | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| FIFTH THIRD BANK | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| FINGERHUT | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| First Bk Of De/Continental | Unsecured | 533.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 331.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 444.00 | NA | NA | 0.00 | 0.00 |
| Firstsource Advantage | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GENESIS FINANCIAL & PYMT SYS | Unsecured | 2,105.00 | 1,804.57 | 1,804.57 | 0.00 | 0.00 |
| HEAD & NECK & COSMETIC SURGER | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Howard Brown Health Ctr | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPL0YMENT SECURITY | Unsecured | 12,090.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPL0YMENT SECURITY | Unsecured | 12,090.00 | 12,090.00 | 12,090.00 | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Priority | NA | 4,865.69 | 4,865.69 | 2,625.87 | 0.00 |
| IL DEPT OF REVENUE | Unsecured | NA | 787.20 | 787.20 | 0.00 | 0.00 |
| IL MASONIC MEDICAL | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS LENDING CORP | Unsecured | 6,407.00 | 6,407.17 | 6,407.17 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 22,863.00 | 23,291.29 | 23,291.29 | 16,556.69 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 1,614.00 | 2,445.32 | 2,445.32 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 1,802.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 2,030.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 255.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 329.00 | NA | NA | 0.00 | 0.00 |
| LABORATORY CORP OF AMERICA | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Linda Salmon DDS | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| LUTHERAN GENERAL HOSPITAL | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| M3 FINANCIAL SVCS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 838.00 | NA | NA | 0.00 | 0.00 |
| Money and More Inc. | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL | Unsecured | 2,041.00 | NA | NA | 0.00 | 0.00 |
| NASA FEDERAL CREDIT UNION | Unsecured | 500.00 | 682.50 | 682.50 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | 2,770.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | 3,694.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | 1,835.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | 4,350.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | 4,306.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | 1,830.00 | NA | NA | 0.00 | 0.00 |
| OMNI CREDIT SERVICES | Unsecured | 173.00 | NA | NA | 0.00 | 0.00 |
| OVERLAND BOND & INVESTMENT | Unsecured | 3,796.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 1,713.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 978.00 | 2,175.48 | 2,175.48 | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 437.00 | 437.19 | 437.19 | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 582.00 | NA | NA | 0.00 | 0.00 |
| PROSPER MARKETPLACE INC | Unsecured | 3,838.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 736.00 | 736.33 | 736.33 | 0.00 | 0.00 |
| Reliable Medical Supply | Unsecured | 41.00 | NA | NA | 0.00 | 0.00 |
| SIX FLAGS MEMEBERSHIP | Unsecured | 283.00 | NA | NA | 0.00 | 0.00 |
| SLM FINANCIAL CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SLM FINANCIAL CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SPEEDY CASH | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 2,548.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| TNB TARGET | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TOTAL FINANCE | Unsecured | 9,525.00 | NA | NA | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS INC | Unsecured | 6,496.00 | 19,914.72 | 19,914.72 | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS INC | Unsecured | 4,597.00 | 10,138.49 | 10,138.49 | 0.00 | 0.00 |
| US DEPT OF ED FEDLOAN | Unsecured | 41,176.00 | 43,613.60 | 43,613.60 | 0.00 | 0.00 |
| US DEPT OF EDUCATION/NELNET | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION/NELNET | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION/NELNET | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| US DEPT OF EDUCATION/NELNET | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION/NELNET | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION/NELNET | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION/NELNET | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| USA Payday Loan | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| USA Web Cash | Unsecured | 293.00 | NA | NA | 0.00 | 0.00 |
| VERIZON | Unsecured | 626.00 | 367.34 | 367.34 | 0.00 | 0.00 |
| VERIZON | Unsecured | 961.00 | 1,172.38 | 1,172.38 | 0.00 | 0.00 |
| VERIZON | Unsecured | 1,248.00 | 1,224.93 | 1,224.93 | 0.00 | 0.00 |
| VERIZON | Unsecured | NA | 154.42 | 154.42 | 0.00 | 0.00 |
| WEST ASSET MANAGEMENT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $28,156.98 | $19,182.56 | $0.00 |
| **TOTAL PRIORITY:** | **$28,156.98** | **$19,182.56** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$119,526.24** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,069.43 |
| Disbursements to Creditors | $19,182.56 |
| **TOTAL DISBURSEMENTS :** | **$24,251.99** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 04/05/2019            By: /s/ Tom Vaughn
                                   Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**